# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD SATISH EMRIT,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 23-CV-0156-JMY** |
| : | |
| **CHARLES BARKLEY,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 18th day of January, 2023, upon consideration of Plaintiff Ronald Satish Emrit's *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Southern District of Alabama.

2. The Motion to Proceed *In Forma Pauperis* shall be left to the discretion of the transferee court.

**BY THE COURT:**

*/s/ John Milton Younge*
**JOHN MILTON YOUNGE, J.**