# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD SATISH EMRIT,** | * | |
|    Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 23-00027-KD-B |
| | * | |
| **CHARLES BARKLEY,** *et al.*, | * | |
|    Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (Doc. 8)[1] is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated January 30, 2023 (Doc. 7) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** as duplicative of Civil Action No. 1:23-cv-00003-KD-B.

**DONE** and **ORDERED** this the **3rd** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court construes the filing styled as "Notice of Appeal" as an Objection.