## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RONALD SATISH EMRIT,**<br>   Plaintiff, | *<br>*<br>* |
| vs. | *   **CIVIL ACTION NO. 23-00027-KD-B**<br>* |
| **CHARLES BARKLEY,** *et al.*,<br>   Defendants. | *<br>* |

### JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** as duplicative of Civil Action No. 1:23-cv-00003-KD-B.

**DONE** and **ORDERED** this the **3rd** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**